**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**EDWARD L. EMERSON,**                                                                      **PLAINTIFF**
**ADC # 104671**

**v.**                           **CASE NO. 4:10CV01344 JLH/BD**

**TAYLOR, et al.**                                                                    **DEFENDANTS**

## **ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Defendants Henderson and Porter are DISMISSED without prejudice. Plaintiff's motion for a hearing is DENIED. Document #8.

IT IS SO ORDERED this 18th day of October, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE