IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDWARD L. EMERSON                                                                          PLAINTIFF

V.                                    NO. 4:10CV01344-JLH-BD

ALICIA TAYLOR                                                                               DEFENDANT

## ORDER

Plaintiff Edward L. Emerson filed a motion to compel requesting that the Court order Defendants Taylor, Brown, Bryant, Andrews and Stewart to fully respond to his discovery requests. (Docket entry #38) The only remaining Defendant in this lawsuit is Defendant Taylor. Defendant Taylor has responded to the motion and states that she responded to the discovery requests on January 18, 2011. (#39)

Accordingly, Plaintiff's motion to compel discovery (#38) is DENIED as moot, this 8th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE