## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

EDWARD L. EMERSON                                                            PLAINTIFF

v.                          NO. 4:10CV01344 JLH/BD

ALICIA TAYLOR                                                                  DEFENDANT

### **ORDER**

The parties have filed a joint motion to dismiss this lawsuit due to a settlement. For good cause, the motion is GRANTED. Document #101. The motion to compel is denied as moot. Document #92.

IT IS SO ORDERED this 4th day of August, 2011.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE