IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDWARD L. EMERSON                                                                               PLAINTIFF

v.                                       NO. 4:10CV01344 JLH/BD

ALICIA TAYLOR                                                                                   DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 4th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE